```
_____ FILED        _____ ENTERED
_____ LODGED       _____ RECEIVED
```

JUN 19 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JENNIFER CHURCH,

               Plaintiff,

    vs.

NEW CINGULAR WIRELESS SERVICES, INC., *et al.*,

               Defendants.

NO. C07-324RSL

ORDER OF DISMISSAL

It having been reported to the Court on Friday, June 15, 2007 that the above cause has been settled, and no final order having yet been presented, NOW, THEREFORE,

IT IS ORDERED that this cause be and the same is hereby DISMISSED. This dismissal shall be without prejudice to the right of any party upon good cause shown within sixty (60) days hereof to reopen this cause if the reported settlement is not consummated.

The Clerk of the Court is instructed to send copies of this Order to all counsel of record.

DATED this 18th day of _____June_____, 2007.

                               Robert S. Lasnik
                               United States District Judge

07-CV-00324-ORD

ORDER OF DISMISSAL